CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 17 2018
JULIA C. DUDLEY, CLERK
BY: /s/ F. Coleman
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BENJAMIN TAYLOR,<br><br>*Plaintiff*,<br><br>v.<br><br>AMHERST CO. ADULT DETENTION MEDICAL CENTER, ET AL,<br><br>*Defendants*. | CASE NO. 7:18-cv-00235<br><br>MEMORANDUM OPINION<br><br>JUDGE NORMAN K. MOON |

Benjamin Taylor, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By Order entered July 19, 2018, United States Magistrate Judge Robert S. Ballou directed Plaintiff to submit within twenty days from the date of the Order the consent to withholding of filing fees form in order to complete the application to proceed *in forma pauperis*. (Dkt. 10). Plaintiff was advised that failure to comply with this requirement would result in dismissal of this action without prejudice.

The Court finds that more than twenty days have elapsed, and Plaintiff has failed to comply with the conditions noted in Judge Ballou's July 19, 2018 Order. Accordingly, the Court **DISMISSES** the action without prejudice and **STRIKES** the case from the active docket of the Court. Plaintiff may refile the claims in a separate action once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Plaintiff.

Entered this 17th day of August, 2018.

/s/ Norman K. Moon
NORMAN K. MOON
SENIOR U.S. DISTRICT JUDGE