CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 17 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BENJAMIN TAYLOR, *Plaintiff,* v. AMHERST CO. ADULT DETENTION MEDICAL CENTER, ET AL, *Defendants.* | CASE NO. 7:18-cv-00235 ORDER JUDGE NORMAN K. MOON |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered this 17th day of August, 2018.

NORMAN K. MOON
SENIOR U.S. DISTRICT JUDGE